UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JAMES T. WEBB, | ) | Case No. 4:09-2451-TLW |
| Plaintiff, | ) | |
| vs. | ) | |
| ENCORE RECEIVABLE MANAGEMENT, INC. | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, having resolved the case, that the above entitled action be and is hereby dismissed with prejudice:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

_____
United States District Judge

February 9, 2010

Approved as to form and substance:

By:/s/ Penny Cauley
Penny Hays Cauley (Fed. ID No. 10323)
Hays Cauley, P.C.
   Hamilton Martens & Ballou LLC
549 W. Evans St., Suite E
   130 E. Main Street
Florence, SC 29501
   P.O. Box 10940

ATTORNEYS FOR PLAINTIFF

By:/s/ Chad V. Echols
Chad V. Echols (Fed. ID No. 9810)

Rock Hill, SC 29731
ATTORNEYS FOR DEFENDANT